UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PAMELA KAY HARDEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **JUDGMENT** |
| v. ) | No. 7:14-CV-120-RJ |
| ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Judgment on the Pleadings [DE-26] is DENIED, Defendant's Motion for Judgment on the Pleadings [DE-27] is ALLOWED, and Defendant's final decision is affirmed.

This Judgment Filed and Entered on March 31, 2015 with service on:
William L. Davis, III (via Notice of Electronic Filing)
Peter A. Heinlein (via Notice of Electronic Filing)

|   |   |
|---|---|
| | JULIE RICHARDS JOHNSTON, CLERK |
| DATE | /s/ Jacqueline B. Grady |
| September 14, 2015 | Jacqueline B. Grady, Deputy Clerk |